UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARYKATHRYN DOHENY, et al.,

                    Plaintiffs,                    23-CV-03962 (RA)(SN)

     -against-                       **ORDER**

INTERNATIONAL BUSINESS MACHINES,
CORP, et al.

                    Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The conference currently scheduled for today at 4:00 p.m. is rescheduled for 4:30 p.m.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 13, 2023
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2023