UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MARYKATHRYN DOHENY, et al.,

                                **Plaintiffs,**

          **-against-**

INTERNATIONAL BUSINESS MACHINES,
CORP, et al.

                             **Defendants.**

-------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 6/14/2023

**23-CV-03962 (RA)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        As discussed at yesterday's conference, Defendants' deadline to respond to the amended complaint remains June 30, 2023. Plaintiffs' oppositions to the anticipated motions to dismiss are now due July 21, 2023, and are not to exceed 25 pages in length. Defendants' replies, if any, are due July 28, 2023, and are not to exceed 10 pages in length.

        In addition, Defendants' oppositions to Plaintiffs' motion for issuance of notice are due July 21, 2023, and are not to exceed 20 pages in length. Plaintiffs' reply briefs are due July 28, 2023, and are not to exceed 10 pages in length.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      June 14, 2023
              New York, New York