UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARYKATHRYN DOHENY, et al.,

                                      **Plaintiffs,**                    23-CV-03962 (RA)(SN)

        -against-                                                      **ORDER**

INTERNATIONAL BUSINESS MACHINES,
CORP, et al.,

                                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the Court's decision on Defendants' motions to dismiss, the Court requests that Plaintiffs' counsel confirm that the motion for conditional certification should still be considered without amendment or modification. If Plaintiffs request, they may withdraw the motion and, if appropriate, refile it in light of the Court's rulings. In the alternative, this Court will address the motion as filed. Separately, if the parties wish to stay the motion for conditional certification pending a settlement conference with the Court, they may so request. Plaintiffs' counsel shall file a letter with the Court by February 6, 2024, advising the Court of its preference.

**SO ORDERED.**

                                                                          SARAH NETBURN
                                                                          United States Magistrate Judge

DATED:      February 2, 2024
                  New York, New York