UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARYKATHRYN DOHENY, et al.,

                              Plaintiffs,            23-CV-03962 (RA)(SN)

  -against-                                               **ORDER**

INTERNATIONAL BUSINESS MACHINES,
CORP, et al.,

                             **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A conference is scheduled for Thursday, November 14, 2024, at 2:00 P.M. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov.

**SO ORDERED.**

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:     New York, New York
              October 24, 2024