USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARYKATHRYN DOHENY, et al.,

                        Plaintiffs,

        -against-

INTERNATIONAL BUSINESS MACHINES,
CORP, et al.,

                        Defendants.

-----------------------------------------------------------------X

23-CV-03962 (RA)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       On November 14, 2024, the parties appeared for a telephonic conference. Plaintiff Doheny filed her Second Amended Complaint on November 13, 2024. All Defendants are directed to answer or otherwise respond to the Second Amended Complaint by December 4, 2024. The parties are further directed to submit a joint letter on December 9, 2024. If one or more Defendants answer the Second Amended Complaint, the parties shall propose a reasonable schedule for discovery in this joint letter. If one or more Defendants file motions to dismiss, the parties shall propose a reasonable briefing schedule in this joint letter. This order supersedes all deadlines in the Court's Order dated October 24, 2024. See ECF No. 71.

SO ORDERED.

                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:     November 14, 2024
              New York, New York