**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

MARYKATHRYN DOHENY, et al.,

                                        Plaintiffs,

                    -against-

INTERNATIONAL BUSINESS MACHINES,
CORP., et al.,

                                        Defendants.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____ 4/6/2026

23-CV-03962 (JAV)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On March 31, 2026, Judge Jeannette A. Vargas dismissed with prejudice all remaining claims against Defendant International Business Machines Corp. and all claims against Kyndryl Holdings, Inc. ("Kyndryl") except for Plaintiff MaryKathryn Doheny's age discrimination claim against Kyndryl that is premised upon Kyndryl's termination of Plaintiff's employment. See ECF No. 95. Accordingly, by no later than Friday, April 17, 2026, Defendant Kyndryl is ORDERED to file its answer to the remaining age discrimination claim.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        April 6, 2026
              New York, New York