USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 10/5/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**MARYKATHRYN DOHENY, et al.,**

**Plaintiffs,**

**-against-**

**INTERNATIONAL BUSINESS MACHINES, CORP, et al.,**

**Defendants.**
**---------------------------------------------------------------X**

**23-CV-03962 (JAV)(SN)**

**<u>ORDER</u>**

**SARAH NETBURN, United States Magistrate Judge:**

On July 6, 2026, the parties submitted a joint status letter indicating that Plaintiff had served discovery demands; that Defendant would serve its demands that month; and that the parties would confer on a deposition schedule, to begin in August. ECF No. 105. On October 2, 2026, the parties jointly requested an extension of all discovery deadlines for 120 days. ECF No. 107. Their letter suggests that little progress has been made over the last three months.

The parties request for an additional four months is unwarranted under these circumstances. To avoid prejudice to the parties, the Court extends the deadline for the close of fact discovery by 60 days, to December 4, 2026. The parties are directed to meet and confer to resolve any outstanding disputes. To the extent they are not resolved, the moving party shall file a letter, pursuant to my Individual Rules, by October 13, 2026. Any reply must be filed by October 16, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 5, 2026
New York, New York